**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jennifer Marie Atkinson and Maliel Perez, Defendants,

Of whom Jennifer Marie Atkinson is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-001212

———————————

Appeal From Horry County
Ronald R. Norton, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-002
Submitted December 11, 2017 – Filed January 2, 2018

———————————

**AFFIRMED**

———————————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Charles Richard Rhodes, Jr., of Charles R. Rhodes Jr.
PC, of Conway, for Respondent.

Ian Andrew Taylor, of Taylor Law Office, of Pawleys Island, for the Guardian ad Litem.

---

**PER CURIAM:**  Jennifer Marie Atkinson appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the transcript and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Atkinson's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.